**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**09-19-00347-CR**
_____

**CESAR ANTONIO SERMENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Cause No. 069462**

**MEMORANDUM OPINION**

Cesar Antonio Sermeno was convicted by a jury of Aggravated Sexual Assault of a Child and was sentenced to life imprisonment in the Texas Department of Criminal Justice. *See* Tex. Penal Code Ann. § 22.021(a)(1), (a)(2)(B).[1] Sermeno timely filed this appeal.

---

[1] This case was transferred to this Court from the Fifth Court of Appeals in Dallas, Texas pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.

1

Sermeno's appellate counsel presented a professional evaluation of the record concluding there were no meritorious issues for appeal. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). When we address an *Anders* brief as an appellate court, we have the option to determine: (1) that the appeal is wholly frivolous and issue an opinion explaining that we reviewed the record and find no reversible error; or (2) that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (citations omitted).

We have independently reviewed the entire record in this matter. From our review of the record, we conclude no arguable issues exist to support an appeal, and there is no reversible error. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). Given our conclusion that no arguable grounds exist to support Sermeno's appeal, we affirm the trial court's judgment.[2]

AFFIRMED.

                                   _____

                                       CHARLES KREGER
                                         Justice

---

[2] Sermeno may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.1.

Submitted on May 6, 2020
Opinion Delivered November 18, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.